EAPN

# U.S. District Court
# Western District of Missouri (Springfield)
## CIVIL DOCKET FOR CASE #: 6:04-cv-03539-JCE

05 cv 10252 PBS

Reiss v. Pfizer, Inc. et al
Assigned to: Magistrate Judge James C. England
Cause: 18:1962 Racketeering (RICO) Act

Date Filed: 11/24/2004
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Fred Reiss**    represented by    **M. Scott Montgomery**
Law Office of M. Scott Montgomery, LLC
3432 Culpepper Court, Suite A
Springfield, MO 65804
417-889-4766
Fax: 417-889-4792
Email: scott@montgomerylaw.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**

**Defendant**

**Warner-Lambert Company**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/24/2004 | 1 | COMPLAINT against all defendants (Filing fee $150 receipt number 223371) Service due by 3/24/2005, filed by M. Scott Montgomery on behalf of Fred Reiss. (Attachments: # 1)(Montgomery, M.) (Entered: 11/24/2004) |
| 11/29/2004 | 2 | Notice of EAPN - assigned to an outside mediator (Attachments: # 1 General Order)(Howard, Linda) (Entered: 11/29/2004) |
| 11/29/2004 | 3 | ADMINISTRATIVE TRANSFER OF CASE. Case reassigned to Judge James C. England for all further proceedings. Judge Dean Whipple no longer assigned to case. Signed by Shannon Y. Brogan on behalf of Clerk |

| | | |
|---|---|---|
| | | of Court on 11/29/2004. (Brogan, Shannon) (Entered: 11/29/2004) |
| 11/29/2004 | | NOTICE OF MAGISTRATE ASSIGNMENT This is a docket entry only. No document is attached. Document e-mailed to plaintiff's counsel. Magistrate Return due by 12/20/2004 (Brogan, Shannon) (Entered: 11/29/2004) |
| 01/13/2005 | | NOTICE OF MAGISTRATE ASSIGNMENT emailed to pltf (2ND REQUEST) This is a docket entry only. No document is attached. (Martinez, Alexandra) (Entered: 01/13/2005) |

### PACER Service Center
### Transaction Receipt

02/08/2005 11:12:26

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 6:04-cv-03539-JCE |
| Billable Pages: | 1 | Cost: | 0.08 |

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 1 8 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-2)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 12 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, 342 F.Supp.2d 1350 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB - 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-2 - TAG ALONG ACTIONS
## DOCKET NO. 1629
## IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT DIV. C.A.#**

ILLINOIS CENTRAL
    ILC   4  04-4087        Randall J. Veys v. Pfizer, Inc., et al. ✓

ILLINOIS NORTHERN
    ILN   1  04-7031        Leonard Olsen v. Pfizer, Inc., et al. ✓

INDIANA SOUTHERN
    ~~INS   1  04-1956~~        ~~Susan Hotseller v. Pfizer, Inc., et al.~~    Opposed 2/2/05

KENTUCKY WESTERN
    KYW   5  04-213        Betty Carter, et al. v. Pfizer, Inc., et al. ✓

MICHIGAN EASTERN
    MIE   2  04-74258        Midwest Health Plan, Inc. v. Pfizer, Inc., et al. ✓

MISSOURI WESTERN
    MOW   6  04-3539        Fred Reiss v. Pfizer, Inc., et al. ✓

NEW YORK NORTHERN
    NYN   1  04-1301        Stephanie Baron v. Pfizer, Inc. ✓

OHIO SOUTHERN
    OHS   2  04-1058        Rebecca Groves v. Pfizer, Inc., et al. ✓